## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

IN RE:                                       \*

MARY T. DOUGHNEY           \*        MISC. NO. 22-MC-00363

                                             \*

                                   \*\*\*\*\*\*\*

## RESOLUTION

WHEREAS, MARY T. DOUGHNEY IS RETIRING AFTER MORE THAN THIRTEEN YEARS OF SERVICE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND; AND

WHEREAS, MARY T. DOUGHNEY HAS DEMONSTRATED HER COMMITMENT TO THE COURT AND STAFF THROUGH HER DEDICATION, KINDNESS, AND EXEMPLARY SERVICE;

NOW, THEREFORE, BE IT RESOLVED, THIS 29TH DAY OF AUGUST 2022, BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, THAT THIS COURT HEREBY EXPRESSES ITS GRATITUDE AND APPRECIATION TO MARY T. DOUGHNEY FOR HER SERVICE TO THE UNITED STATES AND TO THIS COURT.

THE CLERK IS DIRECTED TO PREPARE THIS RESOLUTION FOR PRESENTATION TO MARY T. DOUGHNEY AND TO FILE A CERTIFIED COPY AMONG THE RECORDS OF THIS COURT.



_____
JAMES K. BREDAR, CHIEF JUDGE